ROBERT I. LEVY (State Bar No. 200648)
ROBERT I. LEVY, ATTORNEY AT LAW
A PROFESSIONAL CORPORATION
1946 Embarcadero, Suite 210
Oakland, CA 94606
Tel.: (510) 465-0025

Attorney for Defendants, Card Express, Inc. and Alan Safahi

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO**

SHAW INDUSTRIES, INC.,

Plaintiff,

v.

CARD EXPRESS, INC. and ALAN MICHAEL SAFAHI,

Defendants.
_______________________________________/

Case No.: 3:15-cv-03563

**STIPULATION TO EXTENSION OF TIME TO ANSWER COMPLAINT**

Stipulation to Extend Time to Respond to Initial Complaint By Not More Than 30 Days [ND Cal. Civ. LR 6-1(a)]

Complaint served: August 13, 2015

Current response date: September 3, 2015

New response date: October 5, 2015

Plaintiff and Defendants, through their respective counsel, hereby stipulate to an extension of the time within which the Defendants must file an answer to Plaintiff, Shaw Industries, Inc.'s Complaint from September 3, 2015, to and including October 5, 2015.

Defendants have obtained no prior extensions of the time within which to file Defendants' answers. This change in the deadline for the Defendants to respond will not alter the date of any event or any deadline already fixed by Court order.

Signature page follows.

IT IS SO STIPULATED:

Dated: 8/24/2015

BRYAN CAVE LLP

Haley T. Albertine/G. Patrick Watson
Attorneys for Plaintiff

Dated: 8/28/15

ROBERT L. LEVY, ATTORNEY AT LAW
A PROFESSIONAL CORPORATION

Robert I. Levy
Attorney for Defendants

Dated: 9/2/15

UNITED STATES DISTRICT COURT
IT IS SO ORDERED
Judge Joseph C. Spero
NORTHERN DISTRICT OF CALIFORNIA

## PROOF OF SERVICE

I am employed in the County of Alameda, State of California. I am over the age of eighteen and not a party to the within action. My business address is 1946 Embarcadero, Oakland, California 94606.

On September 1, 2015, I electronically filed with the Clerk of the Court, the following documents:

**STIPULATION TO EXTENSION OF TIME TO ANSWER COMPLAINT**

using the CM/ECF system. The CM/ECF system will provide service of such filing(s) via Notice of Electronic Filing (NEF) to the following NEF parties:

Haley T. Albertine
Bryan Cave LLP
haley.albertine@bryancave.com

G. Patrick Watson
Bryan Cave LLP
patrick.watson@bryancave.com

Lindsay S. Johnson
Bryan Cave LLP
lindsay.johnson@bryancave.com

I declare that I am employed in the office of a member of the bar of this Court at whose direction this service was made. Executed on September 1, 2015, Oakland, California.

MARY CASTRO